NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ANTHONY WAYNE SEDA,
*Petitioner,*

v.

DEPARTMENT OF THE ARMY,
*Respondent.*

---

2012-3173

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100382-I-1.

---

ON MOTION

---

ORDER

Anthony Wayne Seda moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony Wayne Seda
Michelle Milberg, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK